# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**889**

**CA 10-01697**

PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF THE ESTATE OF MURIEL H.
ALBRIGHT, DECEASED.
-------------------------------------------
MICHAEL ALBRIGHT, AS EXECUTOR OF THE ESTATE
OF MURIEL H. ALBRIGHT, DECEASED,
PETITIONER-APPELLANT,
ERVINA MALIN AND TAYLOR D. MALIN,
RESPONDENTS-RESPONDENTS.
(APPEAL NO. 1.)

MEMORANDUM AND ORDER

---

PANZARELLA & COIA, P.C., ROCHESTER (CHAD M. HUMMEL OF COUNSEL), FOR PETITIONER-APPELLANT.

MELVIN BRESSLER, ROCHESTER, FOR RESPONDENTS-RESPONDENTS.

---

Appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered October 6, 2009. The order directed Michael Albright, as executor of the estate of Muriel H. Albright, deceased, to deliver title and possession of a certain motor vehicle to Taylor D. Malin.

It is hereby ORDERED that said appeal is unanimously dismissed with costs.

Same Memorandum as in *Matter of Albright* ([appeal No. 2] ___ AD3d ___ [Sept. 30, 2011]).

Entered: September 30, 2011

Patricia L. Morgan
Clerk of the Court